Holly Johanknecht, AK Bar #0511103
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
hollyj@dlcak.org
Telephone: (907) 565-1002
Fax: (907) 565-1000
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| Disability Law Center of Alaska, Inc.,<br>        Plaintiff<br><br>vs.<br><br>North Star Behavioral Health System,<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:07-cv-00062-JWS<br>) |

COMES NOW, the Disability Law Center of Alaska and hereby moves this Court for a Declaratory Relief and a Preliminary Injunction against North Star Behavioral Health Systems.  The Disability Law Center of Alaska submits a memorandum of law in support of its motion contemporaneously herewith.

Dated: July 27, 2007                                     Respectfully submitted,

                                                             /s/ Holly J. Johanknecht
                                                             Holly J. Johanknecht (AK Bar No. 0511103)
                                                             Disability Law Center of Alaska
                                                             3330 Arctic Blvd., Ste. 103
                                                             Anchorage, AK 99503
                                                             907.565.1002
                                                            907.565.1000 facsimile
                                                            hollyj@dlcak.org

                                                            Attorney for Plaintiff

Certificate of Service

I hereby certify that on the 27th day of
July 2007, a copy of this document
was served electronically by ECF on:

Linda Johnson
ljj@cplawak.com


/s Holly Johanknecht
Holly Johanknecht