UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Disability Law Center of Alaska, Inc., <br>        Plaintiff <br><br> vs. <br><br> North Star Behavioral Health System, <br>        Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:07-cv-00062-JWS <br> ) |

**[PROPOSED] ORDER**

Plaintiff's Motion for Declaratory Relief is GRANTED. The PAIMI Act authorizes Disability Law Center to access the requested records.

Plaintiff's Motion for Declaratory Relief is GRANTED. The requested records are not records of a review organization. The PAIMI Act authorizes Disability Law Center to access the requested records.

Plaintiff's Motion for Preliminary Injunction is GRANTED. Defendant must provide Plaintiff with the requested records no later than three business days from the date of this order.

Dated this ___ day of _____ 2007.

                                                                                                       District Court Judge